Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOIS McCANE, a single woman,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC., a foreign corp.,<br><br>        Defendant. | NO. C07-5243RBL<br><br>ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

THIS MATTER having come before the Court on the parties' Joint Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, and the Court being fully advised and having reviewed the Joint Motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED all proceedings in the above case are stayed.

DATED this 6th day of June, 2007

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGEUnited States District Judge

PROPOSED ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - 1

[C07-5243RBL]

2037185.1

**Williams, Kastner & Gibbs PLLC**

Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1

2   PRESENTED BY:

3

4   s/ Douglas A. Hofmann, WSBA #06393          s/ Jennifer M. Cross, WSBA #28560
    Jeffrey R. Johnson, WSBA #11082             Attorneys for Plaintiff
5   Attorneys for Defendant Merck & Co., Inc.   Law Offices of David B. Vail
    Williams, Kastner & Gibbs PLLC              PO Box 5707
6   601 Union Street, Suite 4100                Tacoma, WA  98415
7   Seattle, Washington  98101-2380             Telephone:  (253) 383-8770
    Telephone:  (206) 628-6600                  Fax:  (253) 383-8774
8   Fax:  (206) 628-6611                        E-mail:  jennifer@davidbvail.com
    E-mail:  dhofmann@wkg.com
9   E-mail:  jjohnson@wkg.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROPOSED ORDER STAYING ALL PROCEEDINGS PENDING            **Williams, Kastner & Gibbs PLLC**
TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION - 2                                            Two Union Square, Suite 4100 (98101-2380)
                                                          Mail Address: P.O. Box 21926
[C07-5243RBL]                                             Seattle, Washington 98111-3926
                                                          (206) 628-6600

2037185.1